# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CASTELLO, individually and on behalf of all others similarly situated, | Case No.: 3:24-cv-00635-BEN-KSC |
| Plaintiff, | [PROPOSED] ORDER RE: JOINT MOTION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(A)(1)(A)(ii) |
| vs. | |
| QUINSTREET PL, INC. d/b/a AMONE, | |
| Defendant. | |

Having considered the parties' joint motion to dismiss this action with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1), and good cause appearing therefore, the Court hereby orders:

1. This action is dismissed with prejudice as to Plaintiff's individual claims;

2. This action is dismissed without prejudice as to the putative class members' claims and

3. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 11/6/24

_____
HON. ROGER T. BENITEZ
U.S. DISTRICT COURT JUDGE

- 1 -
[PROPOSED] ORDER